# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| CARLOS LOPEZ SILVA, | Case No. 5:25-cv-02569-RGK-DFM |
| Petitioner, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| F. SEMAIA, in his official capacity as Warden, Adelanto Detention Facility, et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is granted, in part. Respondents are ordered to arrange for an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) within five (5) days of the issuance of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond. The parties are ordered to file a status report within ten (10) days of the issuance of this Order

detailing if and when the bond hearing occurred, if bond was granted or
denied, and if bond was denied, the reasons for denial.


Date: 1/8/2026

_____
R. GARY KLAUSNER
United States District Judge