# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| CARLOS LOPEZ SILVA, <br><br> Petitioner, <br><br> v. <br><br> F. SEMAIA, in his official capacity as Warden, Adelanto Detention Facility, et al., <br><br> Respondents. | Case No. 5:25-cv-02569-RGK-DFM <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.

Date: 1/8/2026

_____
R. GARY KLAUSNER
United States District Judge